## S. W. MARCH v. THE STATE.

On a conviction for aggravated assault, the jury assessed the punishment of the defendant at a fine of five hundred dollars, which is complained of as excessive. *Held*, that within the limits fixed by the Code, the jury were the judges of the amount of the fine, and this court will not control their determination of it.

APPEAL from Rusk. Tried below before the Hon. J. B. Williamson.

The assault consisted in threatening gestures with a pistol and a bowie-knife. The fine authorized by the Code, Paschal's Digest, Article 2153, is not less than one hundred, nor more than one thousand dollars.

*W. Stedman*, for the appellant.

*W. Alexander, Attorney General,* for the State, cited Brown v. The State, 16 Texas, 127.

OGDEN, J.—There is no assignment of errors in this case. We have carefully examined the record, and the briefs of counsel for appellant and appellee, and have been unable to discover any sufficient error in the trial below to authorize a reversal of the judgment. Counsel for appellant complain that the fine assessed by the jury is excessive, and that therefore the judgment should be reversed. That was a question of fact for the jury to determine, and this court is not authorized to interfere, to control or reverse the action of the jury in that particular. The motion of the Attorney General is overruled, and the judgment of the District Court is affirmed.

AFFIRMED.